AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: nholland@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE HILL,<br><br>             Plaintiff,<br><br>vs.<br><br>SWARTZ, et al.<br><br>             Defendants. | Case No. 2:20-cv-01659-RFB-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Rickie Rill, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan C. Holland, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, with each party to bear their own attorney fees and costs. The parties recognize that because this matter was settled at the Early

///
///
///
///
///
///
///
///
///

Meditation Conference, and that the Court will be dismissing this case prior to ruling on Plaintiff's Motion to proceed *in forma pauperis* (ECF No. 1), the Plaintiff will not be assessed the $350.00 filing fee. *See* Order, ECF No. 5, at 2:11-16.

| | |
|---|---|
| _____ <br> Rickie Hill, Plaintiff <br> *Pro Se* <br><br> Dated: 12/28/2021 | AARON D. FORD <br> Attorney General <br><br> By: /s/ Nathan C. Holland <br> _____ <br> Nathan C. Holland, Bar No. 15247 <br> Deputy Attorney General <br> Attorneys for Defendants <br><br> Dated: 1-4-22 |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of January, 2022.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of January, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION OF DISMISSAL**, by U.S. District Court CM/ECF Electronic Filing on the following:

Rickie Hill #87052
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

                                                */s/ Roberta W. Bibee*
                                                An employee of the
                                                Office of the Attorney General